# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 3, 2020

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

AMY C. BARRETT, *Circuit Judge*

No. 19-1999

| | |
|---|---|
| YEISON MEZA MORALES, | Petition for Review of an Order of the |
| *Petitioner*, | Board of Immigration Appeals. |
| *v.* | No. A216-222-551 |
| WILLIAM P. BARR, Attorney General of the United States, | |
| *Respondent*. | |

**O R D E R**

Petitioner filed a petition for partial panel rehearing on August 10, 2020. All members of the original panel have voted to deny rehearing and to issue an amended opinion. The court's opinion dated June 26, 2020 is amended by the attached opinion, which includes a change to page 13.

Accordingly, **IT IS ORDERED** that the petition for rehearing is **DENIED**.